JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY BUTZLOFF,<br>Plaintiff,<br>v.<br>AT&T UMBRELLA BENEFIT PLAN NO.3, *et al.*,<br>Defendant. | Case No. 2:25-cv-03058-CV (AGRx)<br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br>**[DOC. # 45]** |

On August 10, 2026, the Parties filed a Stipulation of Dismissal for the above action (the "Stipulation"). Doc. # 45. The Court, having considered the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows:

The entire action, including all claims and counterclaims stated herein against all parties is DISMISSED with prejudice. Each party will bear its own costs and fees. The clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: 9/14/26

Cynthia Valenzuela

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE